THIS OPINION HAS NO PRECEDENTIAL VALUE. 
 IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF
 SOUTH CAROLINA
In The Court
 of Appeals

 
 
 
 South Carolina Department of Health and
 Environmental Control, Respondent,
 v.
 Stuart Platt, Appellant.
 
 
 

Appeal From Richland
 County
Marvin F.
 Kittrell, Chief Administrative Law Judge
Unpublished Opinion
 No. 2009-UP-160
Heard March 18,
 2009  Filed March 31, 2009
AFFIRMED

 
 
 
 Lake E. Summers, of Columbia, for Appellant.
 Ashley C. Biggers, of Columbia, for Respondent.
 
 
 

PER CURIAM:  In this appeal from the
 administrative law court (ALC), Stuart Platt asserts the ALC erred in finding
 he failed to exercise the degree of supervision required of a certified
 Emergency Medical Technician (EMT) Paramedic and suspending his EMT
 certification for a period of fifteen months.  On appeal, Platt asserts defects
 in DHEC's investigation into the purported misconduct contributed to errors by
 the ALC during the contested case hearing and in the final ALC decision.  Platt
 further asserts the ALC erred in denying certain testimony and in shifting the
 burden of proof from DHEC to Platt. 
We affirm the findings of the ALC pursuant to Rule
 220(b)(2), SCACR, and the following authorities:  South Carolina Coastal
 Conservation League v. South Carolina Dept. of Health and Envtl. Control,
 380 S.C. 349, 361, 669 S.E.2d 899, 905 (Ct. App. 2008) ("Decisions of the
 ALC judge should not be overturned by the reviewing court unless they are
 unsupported by substantial evidence or controlled by some error of law."); Grant v. South Carolina Coastal Council, 319 S.C. 348, 353, 461 S.E.2d
 388, 391 (1995) (stating the ALC's findings are supported by substantial
 evidence if, looking at the record as a whole, there is evidence from which
 reasonable minds could reach the same conclusion the ALC reached).  
As to the alleged procedural errors:  Gamble v.
 Int'l Paper Realty Corp. of South Carolina, 323 S.C. 367, 373, 474 S.E.2d
 438, 441 (1996) (the decision to admit or exclude evidence is within the trial
 court's sound discretion and will not be disturbed on appeal absent an abuse of
 discretion); State v. Schmidt, 288 S.C. 301, 303, 342 S.E.2d 401, 402-03
 (1986) (stating the court of appeals generally will not review alleged error of
 the exclusion of testimony unless a proffer of testimony is properly made on
 the record); First Sav. Bank v. McLean, 314 S.C. 361, 363, 444 S.E.2d
 513, 514 (1994) (holding an issue will be deemed abandoned when the appellant
 fails to provide arguments or supporting  authority).
Accordingly, the order of the ALC is
AFFIRMED.
HEARN, C.J., PIEPER, and LOCKEMY, JJ., concur.